ORANGE BELT RAILWAY COMPANY, A CORPORATION UNDER THE LAWS OF FLORIDA, APPELLANT, vs. CHESTER DE-ROCHER, AGENT FOR PETER DEROCHER, APPELLEE.

Appeal from Circuit Court, Manatee county.

*Thomas E. Wilson*, for Appellant.

No appearance for Appellee.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant appeals. Appeal dismissed because the citation was improperly issued and

served, no appearance on the part of appellee, and no properly certified transcript of the record has been filed.

Decision Per Curiam.